**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| HERNANDEZ v. COATINGS INTERNATIONAL, INC., et al. | FILED: AUGUST 15, 2008<br>08CV4673<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE VALDEZ<br>JH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The plaintiff, ADRIAN HERNANDEZ, on behalf of himself and all other employees similarly situated, known and unknown.

| NAME (Type or print) |
|---|
| Roy P. Amatore |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Roy P. Amatore |

| FIRM |
|---|
| Amatore & Associates, P.C. |

| STREET ADDRESS |
|---|
| 120 S. State St., Ste. 400 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6206498 | 312.236.9825 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐