## United States District Court for the Northern District of Illinois

Case Number: 08CV4673     Assigned/Issued By: DAJ

Judge Name: ST.EVE     Designated Magistrate Judge: VALDEZ

---

**FEE INFORMATION**

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                     Receipt #: 3026622

Date Payment Rec'd: 08/15/08            Fiscal Clerk: DAJ

---

**ISSUANCES**

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

3 Original and 0 copies on 08/15/08 as to DEF'S.
                                  (Date)

---